IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

LEMUEL L. COLE,

    Petitioner,

v.                                                 CASE NO. 5:16-cv-00001-MP-GRJ

JULIE JONES,

    Respondent.

_____/

**O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated March 4, 2016. (Doc. 11). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Plaintiff has filed objections at Doc. 12. I have made a de novo review based on those objections.

Having considered the Report and Recommendation, and the timely filed objections, I have determined that the Report and Recommendation should be adopted. Additionally, Petitioner has filed a request for judicial notice. (Doc. 13). Because Petitioner's case is due to be dismissed, the request is denied as moot.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Magistrate Judge's Report and Recommendation, Doc. 11, is adopted and incorporated by reference in this order.

2. The petition for a writ of habeas corpus, Doc. 9, is DISMISSED. A certificate of appealability is DENIED.

3. Petitioner's Request for Judicial Notice, Doc. 13, is DENIED AS MOOT.

4. The clerk is directed to close the file.

**DONE AND ORDERED** this <u>*6th*</u> day of April, 2016

<u> *s/Maurice M. Paul*       </u>
Maurice M. Paul, Senior District Judge