IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

LEMUEL L COLE,

    Petitioner,

v.                                    CASE NO. 5:16-cv-1-MCR-GRJ

SECRETARY, DEPT. OF
CORRECTIONS,

    Respondent.
_____/

## **REPORT AND RECOMMENDATION**

The Court dismissed Petitioner's *pro se, in forma pauperis,* petition for a writ of habeas corpus and denied a certificate of appealability on April 6, 2016. ECF No. 14. Petitioner appealed, and the Eleventh Circuit denied a certificate of appealability on September 28, 2016. ECF No. 22.

On March 26, 2018, Petitioner filed a "motion for final appealable order disposing of multiple underlying claims or in the alternative for relief from judgment." ECF No. 24. On August 13, 2018, the Court denied the motion, noting that Petitioner had already filed an unsuccessful appeal challenging the dismissal of his petition. ECF No. 26. This case is now before the Court on ECF Nos. 27 and 28, Petitioner's notice of appeal and motion for leave to appeal as a pauper.

Although Petitioner was granted leave to proceed as a pauper in this Court, pursuant to 28 U.S.C. § 1915(a)(3), "[a]n appeal may not be taken *in forma pauperis* if the trial court certifies in writing that it is not taken in good faith." *See also* Fed. R. App. P. 24(a)(3)(A), (B). Petitioner's appeal is not taken in good faith, inasmuch as Petitioner has not identified any nonfrivolous issue for appeal. *See* Fed. R. App. P. 24(a)(1) (party seeking leave to appeal *in forma pauperis* must file an affidavit claiming entitlement to redress and stating issues the party intends to present on appeal). Petitioner has failed to identify any arguable basis for appealing the Court's determination that he is not entitled to relief on his postjudgment motion. *See* ECF Nos. 26, 28*; Bilal v. Driver*, 251 F.3d 1346, 1349 (11th Cir. 2001) (IFP action is frivolous, and thus not brought in good faith, if it is "without arguable merit either in law or fact.").

Because the undersigned concludes that Petitioner's appeal is not taken in good faith, it is respectfully **RECOMMENDED** that the motion for leave to appeal as a pauper, ECF No. 28, should be denied**.**

**IN CHAMBERS** at Gainesville, Florida, this 20th day of September 2018.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

## NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u>  A copy of objections shall be served upon all other parties.  If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.  *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.**