UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

LEMUEL L COLE,

    Petitioner,

v.                                       CASE NO. 5:16cv1-MCR-GRJ

SECRETARY, FLA. DEPT.
OF CORRECTIONS,

    Defendant.
_____/

# **O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated September 20, 2018. ECF No. 31. The parties have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Petitioner has failed to identify any nonfrivolous issue for appeal, and therefore I find that the appeal is not taken in good faith. *See* 28 U.S.C. §1915(a)(3), Fed. R. App. P. 24(a)(3)(A), (B). Therefore, Petitioner's motion for leave to appeal as a pauper, ECF No. 28, is **DENIED**.

**DONE AND ORDERED** this 24th day of October 2018.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**