IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

LEMUEL L COLE,

    Petitioner,

v.                                      CASE NO. 5:16-cv-1-MP-GRJ

SECRETARY, DEPT. OF
CORRECTIONS,

    Respondent.

_____/

## REPORT AND RECOMMENDATION

The Court dismissed Petitioner's *pro se, in forma pauperis,* petition for a writ of habeas corpus and denied a certificate of appealability on April 6, 2016. ECF No. 14. Petitioner appealed, and the Eleventh Circuit denied a certificate of appealability on September 28, 2016. ECF No. 22.

On March 26, 2018, Petitioner filed a "motion for final appealable order disposing of multiple underlying claims or in the alternative for relief from judgment." ECF No. 24. On August 13, 2018, the Court denied the motion, noting that Petitioner had already filed an unsuccessful appeal challenging the dismissal of his petition. ECF No. 26. Petitioner filed a notice of appeal, motion for leave to appeal as a pauper, and motion for certificate of appealability. ECF Nos. 27, 28, 44. The Court determined that Petitioner had identified no nonfrivolous grounds for appeal and denied

the motion for leave to appeal as a pauper. ECF No. 41. The motion for a certificate of appealability has been referred to the undersigned.

Section 2254 Rule 11(a) provides that "[t]he district court must issue or deny a certificate of appealability when it enters a final order adverse to the applicant," and if a certificate is issued "the court must state the specific issue or issues that satisfy the showing required by 28 U.S.C. § 2253(c)(2)." The undersigned finds no substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 483–84 (2000). Therefore, it is respectfully **RECOMMENDED** that the district court deny Petitioner's motion for a certificate of appealability, ECF Nos. 27, 44.

**IN CHAMBERS** at Gainesville, Florida, this 14th day of December 2018.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

### NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u> A copy of objections shall be served upon all other parties. If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.