UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

LEMUEL L. COLE,

    Petitioner,

v.                              CASE NO. 5:16cv1-MCR-GRJ

SECRETARY, DEPT.
OF CORRECTIONS,

    Respondent.
_____/

# O R D E R

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated December 14, 2018. ECF No. 45. Petitioner was furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Petitioner has filed a motion for enlargement of time to file objections to the Magistrate Judge's Report and Recommendation or to appoint counsel. ECF No. 46. Following a *de novo* review of this matter, I conclude that Petitioner's motion should be denied and the Report and Recommendation should be adopted.

Accordingly, it is ORDERED:

1. Petitioner's Motion for Enlargement of Time to File Objections to the Magistrate's Report and Recommendations or to Appoint Counsel, ECF No. 46, is DENIED

2. The Magistrate Judge's Report and Recommendation, ECF No. 45, is adopted and incorporated by reference in this Order.

3. A certificate of appealability is denied.

**DONE AND ORDERED** this 8th day of January 2019.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**